UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| | |
|---|---|
| Cesar Mendoza-Hernandez<br>Plaintiff,<br><br>V.<br><br>James F. Sherman,<br>Warden, FCI McKean,<br>Defendant. | Civil Action<br>#04-204E<br><br><u>JURY TRIAL DEMAND</u><br><br>Honorable:<br>Susan Paradise Baxter,<br>U.S. Magistrate Judge<br>Western District of PA. |

MOTION BY: PLAINTIFF: Cesar Mendoza-Hernandez, TO ENLARGE TIME TO FILE HIS RESPONSE IN OPPOSITION TO MOTION TO DISMISS & OR IN THE ALTERNATIVE IN OPPOSITION TO SUMMARY JUDGMENT VIA: FEDERAL RULES OF CIVIL PROCEDURE 56, THIS MOTION TO EXTEND TIME IS VIA: FEDERAL RULES OF CIVIL PROCEDURE RULE 6(b), FOR A PERIOD OF TWENTY DAYS UNTIL: JULY 20, 2005, BECAUSE FCI McKean's COPY MACHINE WAS NOT IN SERVICE FOR OVER TWO (2) WEEKS & FCI McKean, HAS ONLY SIX OR SEVEN NOT COMPLETELY FUNCTIONABLE TYPEWRITERS, THIS REQUEST IS FOR EXTENTION OF TIME IS ALSO IN THE INTEREST OF JUSTICE

COMES NOW, Plaintiff: Cesar Mendoza-Hernandez, (hereinafter referred to as 'Plaintiff') Pro Per In Propria Persona Proceeding Sui Juris, hereby petitions this Honorable Court for an Extention of time to file his response to defendants motion to dismiss & or pursuant to: summary judgment via (Federal Rules of Civil Procedure Rule 56, hereinafter referred to as 'FRCP 56') time extention for twenty (20) days, until July 20, 2005.

Affidavit of Cesar Mendoza-Hernandez

I, Cesar Mendoza-Hernandez, hereby state the following under Title 18 U.S.C. §1623, under the pains & penalties of perjury, & under: Title 28 U.S.C. §1746, the following to be true, correct & complete, I state as follows:

1. FCI McKean's copying machine, has been out of service for over two (2) weeks, & was just repaired on: July 14, 2005, Thursday afternoon 2:30 P.M..

2. FCI McKean's Law Library has 'Only' six or seven not completely functionable typewriters for a prison population of over fourteen hundred (1400) inmates, creating a extremely 'hostile' environment for those inmates whom wish to use the typewriters to exercise their <u>Due Process</u>, <u>Access To The Courts</u> & <u>Equal Protection Of The Law</u>, thus, prejudicial to the Plaintiff.

3. Plaintiff's motion in opposition to defendants motion to dismiss & or in the alternative for summary judgment via: 'FRCP 56' was due on <u>July 1, 2005</u>, but because of extenuating circumstances out of the direct control of Plaintiff, Plaintiff request a <u>twenty (20) day extention of time until July 20, 2005</u>, to file his Motion in opposition, supra. <u>See</u> Supreme Court of the United States Case Law Authority in: <u>Chambers v. Baltimore and Ohio R.R. Co.</u>, 28 S.Ct. 34, 35 (1907) (The right of access to the Courts is a fundamental right protected by the Constitution.)
<u>McNabb v. United States</u>, 318 U.S. 332, 347 (1943) ("The history of liberty has largely been the history of observance of procedural safeguards.")
<u>McClesky v. Zant</u>, 499 U.S. 467, 111 S.Ct. 1454, 113 L.Ed.2d 517, 567-68 (1991) ("Obviously, respect for the rule of law must start with those who are responsible for pronouncing the law," (Federal Bureau of Prisons).)

(2)

4. Since I am over the Deadline date of July 1, 2005, to respond, this Court may grant an extention of time filed after the deadline if the Motion to enlarge time shows proof of good cause and shows that failure to act was the result of excusable neglect of the Federal Bureau of Prisons: FCI McKean's Law Library Staff: Mr. Christopher Strade's <u>inability</u> to fix the Copy Machine sooner than over two weeks & to provide 1400 inmates with access to at-least----Twenty (20) functionable typewriters, instead of six or seven non-functionable typewriters. See: Federal Rules of Civil Procedure Rule 6(b)(2);

<u>Donald v. Cook City Sheriff's Dept.</u>, 95 F.3d 548, 558 (7th Cir.1996). In determining whether there is excusable neglect, the Court should consider all of the following:

(1) the prejudice to the nonmovant;

(2) the length of the delay & its potential impact on the Judicial proceedings;

(3) the reason for the delay & whether it was within the reasonable control of the movant, and;

(4) whether the movant acted in good faith. See:

<u>Pioneer Inv. Servs. Co. v. Brunswick Assocs.</u>, 507 U.S. 380, 395, 113 S.Ct. 1489, 1498 (1993);

<u>MCI Telecomm. Corp. v. Teleconcepts, Inc.</u>, 71 F.3d 1086, 1097 (3rd Cir.1995).

WHEREFORE, for all of the above stated reasons with supportive case law authorities Plaintiff request this motion be granted in the interest of justice.

(3)

                    Respectfully Submitted By
                    Plaintiff/Claimant/Affiant:

                    *Cesar Mendoza Hernandez*

| | | |
|---|---|---|
| Pro Per | Cesar Mendoza-Hernandez | Signed under |
| In Propria | 33674-077 | 18 U.S.C. |
| Persona | FCI McKean | §1623 & under |
| Proceeding | P.O. Box 8000 | 28 U.S.C. |
| Sui Juris | Bradford, Pennsylvania 16701 | §1746. |

Sec. & Law Enforcement v. Carey, 737 F.2d 187, 192 (2nd Cir.1984);

Decimus Junius Juvenal, originally stated:
"Sed Quis Custodient Ipsos Custodes?"

  (But who is to guard the guards themselves?).


            Montesquier De L' Espirit Des Lois, 1748:

"There is no more tyranny than which is exercised under
  the cover of law, and with the colors of: Justice."
U.S. v. Jannotties, 673 F.2d 578, 614 (3rd Cir.1982).


United States v. U.S. District Court For The Central District of California, 858 F.2d 534 (9th Cir.1988);

"If the government: (BOP), police & prosecutors, could
always be trusted to do the right thing, there would have
never been a need for the "Bill of Rights."
Ninth Circuit Justice: Leventhal--& his interpretation
on strick criminal liability."




                            (4)

<u>CERTIFICATE OF SERVICE</u>

I, Cesar Mendoza-Hernandez, Pro Per In Propria Persona Proceeding Sui Juris, hereby certify, that the above & the following was sent via: United States Mail, Postage Prepaid, on this 17th day of July, 2005, to the following:

| | |
|---|---|
| Susan Paradise Baxter<br>United States Magistrate<br>Judge, Western District<br>of Pennsylvania Erie<br>227 U.S.P.O. & Courthouse<br>617 State Street<br>Erie, Pennsylvania<br>16501 | Mary Beth Buchanan<br>United States Attorney<br>& AUSA: Lee J. Karl<br>U.S. Attorneys Office<br>Western District of<br>Pennyslvania<br>700 Grant Street<br>Suite 400<br>U.S.P.O. & Courthouse<br>Pittsburgh, Pennsylvania<br>15219 |
| Clerk of Courts<br>Clerk's Office<br>U.S. District Court<br>Western District of<br>Pennsylvania<br>P.O. Box 1820<br>Erie, Pennsylvania<br>16507 | An Tran, Esq.,<br>Federal Bureau of Prisons<br>Federal Tranfer Center<br>P.O. Box 898802<br>Oklahoma City, Oklahoma<br>73189 |

*Cesar Mendoza-Hernandez*

| | | |
|---|---|---|
| Pro Per<br>In Propria<br>Persona<br>Proceeding<br>Sui Juris | Cesar Mendoza-Hernandez<br>33674-077<br>FCI McKean<br>P.O. Box 8000<br>Bradford, Pennsylvania<br>16701 | Signed under<br>18 U.S.C.<br>§1623, & under<br>28 U.S.C.<br>§1746. |

(5)

```
                    Cesar Mendoza-Hernandez
                          33674-077
                          FCI McKean
                        P.O. Box 8000
                      Bradford, Pennsylvania
                             16701
```

Clerk of Courts                RE: Cesar Mendoza-Hernandez
Clerk's Office                     V. James F. Sherman,
U.S. District Court                Warden, FCI McKean.
Western District of                #04-204E.
Pennsylvania
P.O. Box 1820                      Honorable: Baxter
Erie, Pennsylvania                 U.S. Magistrate Judge
16507                              Western District of PA

                Dated: __July 17,__ 2005.

Dear Clerk of Courts,

          Enclosed please find a copy of Plaintiff's Motion/Affidavit via: FRCP 56(f), in opposition to defendant: Sherman's Motion to Dismiss or in the alternative for summary judgment via: FRCP 56. Sent to Judge: Baxter, Clerk of Courts, AUSA: Karl, & Ms. Tran, Esq., via U.S. Mail, Postage Prepaid on __17th__ day of __July__ 2005.

  If you have any questions of concerns please do not hesitate to contact me. Enclosed is also an extra copy I request to be stamped & docketed & sent back to me for my record. Much thanks.

                    Respectfully Submitted By
                    _Cesar Mendoza Hernandez_
Pro Per             Cesar Mendoza-Hernandez    Signed under
In Propria               33674-077             18 U.S.C.
Persona                  FCI McKean            §1623 & under
Proceeding              P.O. Box 8000          28 U.S.C.
Sui Juris           Bradford, Pennsylvania     §1746.
                         16701

"Legal Mail-Special Mail"
"Certified Mail Return Receipt #7004-2890-0004-5923-8539"