IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CESAR MENDOZA-HERNANDEZ, )<br>    Plaintiff )<br>  v.       )<br>           )<br>JAMES F. SHERMAN, Warden, )<br>    Defendant. ) | C.A. No. 04-204 Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## ORDER

AND NOW, this 21st day of July, 2005;

IT IS HEREBY ORDERED that Plaintiff's motion to enlarge time to file his response in opposition to motion to dismiss [Document # 18] is dismissed as moot, as Plaintiff has since filed his response.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

              S/Susan Paradise Baxter
              SUSAN PARADISE BAXTER
              Chief U.S. Magistrate Judge

cc: All parties of record